IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.: 11-cr-00467-DME

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN EDWARD MULLIKIN,

    Defendant.

---

STIPULATION AND ORDER GOVERNING THE CUSTODY AND DISPOSITION
OF TRIAL EXHIBITS, TRANSCRIPTS, AND PAPERS

---

Following the completion of trial, the parties stipulate:

1. That counsel for each party shall retain custody of all exhibits, transcripts, or papers identified, offered, or admitted at trial by that party until 60 days after the time of appeal from this court has expired, or if appeal is taken, until 60 days after the final, non-appealable decision has been made in this matter; and

2. That during any appeal, the party having custody of any part of the record necessary for appeal shall make the exhibits and transcripts in its custody available to the appealing party for filing with the appellate court.

_____
Attorney for the Government

_____
Attorney for the Defendant

IT IS ORDERED that the stipulation is approved and that its terms are implemented forthwith.

DATED at Denver, Colorado, this ___12___ day of ___February___, 2013.

BY THE COURT:

_____
David M. Ebel
United States Circuit Judge